**Opinion issued August 13, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00146-CV

_____

**ALL AMERICAN RIGGING COMPANY, INC., Appellant**

**V.**

**EDWARD D. DYSARZ, Appellee**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-48784**

---

## MEMORANDUM OPINION

Appellant, All American Rigging Company, Inc., has filed an unopposed motion to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.